| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

ARTURO TINOCO, §
§
    Petitioner, §
§
*versus* § CIVIL ACTION NO. 1:16-CV-29
§
DALLAS JONES, §
§
    Respondent. §

# MEMORANDUM ORDER ADOPTING
# THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Arturo Tinoco, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court.

The respondent filed what has been construed as a motion for summary judgment. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be granted.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. The motion for summary judgment (# 9) is **GRANTED**. A final judgment shall be entered denying the petition.

SIGNED at Beaumont, Texas, this 28th day of November, 2017.

                                                MARCIA A. CRONE
                                      UNITED STATES DISTRICT JUDGE